**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: DESIGNATION OF         :   No. 354 Judicial Classification Docket
ADMINISTRATIVE JUDGE OF THE    :
CRIMINAL DIVISION OF THE COURT OF   :
COMMON PLEAS OF ALLEGHENY      :
COUNTY, FIFTH JUDICIAL DISTRICT    :

## ORDER

**PER CURIAM**

**AND NOW,** this 24th day of December 2018, it is hereby ORDERED as follows:

This Court's Order of December 27, 2013 designating the Honorable David R. Cashman as Administrative Judge of the Criminal Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District, is vacated.

In accord with Pa.R.J.A. No.706(d), the Honorable Jill E. Rangos is designated Administrative Judge of the Criminal Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District, to serve for a term of three years or at the pleasure of this Court, with this appointment taking effect January 2, 2019.

Former President Judge Jeffrey A. Manning is designated President Judge Emeritus.